UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00502

**Barry Strickland,**

*Plaintiff,*

v.

**Commissioner of the Social Security Administration,**

*Defendant.*

# ORDER

Plaintiff Barry Strickland filed a stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"). Doc. 28. U.S. Magistrate Judge Love issued a report recommending that plaintiff's motion be granted and that the Commissioner pay to plaintiff the sum of $8,900.00 in reasonable attorney fees under the EAJA. Doc. 29 at 5.

Neither party filed written objections to the report. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion (Doc. 28) is granted. The Commissioner shall pay plaintiff $8,900.00 by making the payment payable to plaintiff and sending the payment to plaintiff's counsel.

*So ordered by the court on December 12, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -